October 7, 2015

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE January 7, 2015 TERM 15-1. | **MINUTES OF COURT** <br> DATE: October 7, 2015 <br> at 11:02 - 11:03 a.m. |

PRESENT:  The Honorable       NANCY J. KOPPE       , United States Magistrate Judge

DEPUTY CLERK:  Ari Caytuero                              REPORTER:   Bonnie Terry

ASSISTANT UNITED STATES ATTORNEY:  Kimberly Frayn         COURTROOM: 3C

PROCEEDINGS:

   Roll of the Regular Grand Jury is taken with **18** members present which constitutes a quorum. The foreman/forewoman of the Grand Jury presented its partial report and indictments.

   On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed.  There is **-1-** sealed indictment.

   On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

**2:15-cr-280**           **SEALED (2 Defendants)**                              **BOTH WARRANTS**

**2:15-cr-281**           **JOSE REYES AGUILAR-UGALDE**                          **WARRANT**


   The Arraignment and Plea as to these cases will be held at the time of the Initial Appearance.


                                        LANCE S. WILSON, Clerk
                                        United States District Court


                                        By  /s/ Alana Kamaka for Ari Caytuero
                                              Deputy Clerk