

DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6546
Kimberly.Frayn@usdoj.gov
Counsel for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00280-RCJ-PAL |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO WITHDRAW ITS PREVIOUS MOTION FOR EMERGENCY STAY OF RELEASE FROM DETENTION AND TO VACATE HEARING |
| EVELYN CARRASCO, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and moves to withdraw the Government's previous motion seeking an emergency stay of the California Rule 5 Magistrate's order releasing the Defendant into a 90 day inpatient drug treatment facility without ordering a report date for her initial appearance and arraignment and plea in Nevada (doc. no. 29) and further moving to vacate the June 29, 2016 hearing (doc. no. 31) for the following reasons:

On or about May 16, 2016, the Government filed a Motion For Emergency Stay Of Release From Detention And Appeal To District Court Pursuant To 18 U.S.C. § 3145(c) (doc.

1


no. 29) seeking an emergency stay of the California Rule 5 Magistrate Court's order releasing the Defendant into a 90 day in patient drug treatment facility without ordering a report date for her initial appearance and arraignment and plea in Nevada, and further hereby appeals the order releasing the Defendant, moving instead that the Defendant be detained and transported by the United States Marshals to Nevada. On or about June 1, 2016, the Court scheduled a hearing on the Government's motion (doc. no. 29) for June 29, 2016 at 1:00 pm. (Doc. No. 31). Due to a change in circumstance beyond the Government's control, it hereby moves to withdraw its previous motion and to vacate the June 29th hearing. Pretrial Services Officer Erin Oliver has advised that Defendant Carrasco was released from custody as directed by the California Magistrate Court on or about May 17, 2016, so that she could report to an inpatient treatment facility after a bed had become available. However, Defendant Carrasco did not report but instead fled and is presently in an absconder. Officer Oliver further advises that the California Pretrial Services Office tasked with the Defendant's supervision has obtained a warrant for Defendant Carrasco's arrest but her whereabouts remain unknown. Accordingly, these changed circumstances render the Government's previous motion moot. In the interests of judicial economy the Government therefore seeks to withdraw its previous motion (doc. no. 29) and respectfully asks the Court to vacate the June 29th hearing date.

DATED this 13th day of June, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

IT IS SO ORDERED
this 17th day of June, 2016.

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

_____
ROBERT C. JONES

2

**CERTIFICATE OF SERVICE**

I, Kimberly M. Frayn , certify that a copy of the GOVERNMENT'S MOTION TO WITHDRAW ITS PREVIOUS MOTION FOR EMERGENCY STAY OF RELEASE FROM DETENTION AND TO VACATE HEARING was served on this date by email, Jennifer_Uyeda@fd.org, to AFPD Jennifer Uyeda, counsel for the Defendant in Los Angeles, California.  A copy was served on this date on defense counsel for Defendant Melendez by way of *Electronic Case Filing*.

DATED:	June 13, 2016

                                        //s//  Kimberly M. Frayn
                                        KIMBERLY M. FRAYN
                                        Assistant United States Attorney