DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Kimberly.Frayn@usdoj.gov

Attorney for United States of America,

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD MARCOS MELENDEZ, ET AL.<br><br>Defendants. | Case No.: 2:15-cr-00280-RCJ-PAL<br><br>**NOTICE OF WITHDRAWAL** |

**COMES NOW**, the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, hereby filing this Notice of Withdrawal. An Entry of Appearance was filed by Kathryn C. Newman, Assistant United States Attorney on January 10, 2017, in this case.

Dated this 18th day of January, 2017.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney


_____/s/_____
KIMBERLY M. FRAYN
Special Assistant United States Attorney