# Government's Exhibit 1

Central District of California Arrest Warrant

Issued on May 19, 2016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>V.<br><br>Evelyn Carrasco<br><br>Defendant(s). | **CASE NUMBER:**<br><br>2:16-mj-00964-DUTY-1<br><br>**WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  Evelyn Carrasco

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment
☐ Information  ☒ Order of Court  ☐ Violation Petition  ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title  18    United States Code, Section(s)  3148

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>*Veronica McKamie*<br>SIGNATURE OF DEPUTY CLERK | May 19, 2016  Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:  Michael R. Wilner<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

G-04   (10/15)                              WARRANT FOR ARREST