# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:15-cr-00280-RCJ-PAL-2 |
| EVELYN CARRASCO et al., | **ORDER** |
| Defendants. | |

A grand jury indicted Defendant Evelyn Carrasco in this District on three counts relating to the counterfeiting of credit cards. Defendant was arrested and brought before a magistrate judge in the Central District of California, who released her to a drug treatment facility, from which she absconded. The magistrate judge issued a new warrant for her arrest, but the Government did not apply for a new warrant in this District. At a status conference over two years later, the Government was unable to tell the Court whether there was any outstanding warrant from this District, so the Court dismissed the Indictment. The Government has asked the Court to reconsider, arguing that it never applied for a new warrant in this District because it presumed the warrant from the Central District of California was sufficient. The Government argues it has never abandoned its intention to prosecute the case and is willing to apply for a new warrant in this District to demonstrate its earnestness in prosecuting the case.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 65) is GRANTED IN PART. The Order (ECF No. 64) dismissing the Indictment is STAYED until seven (7) days after the entry of this order. The Government may submit a warrant application in this District during the stay. Upon that submission, the Order (ECF No. 64) shall be VACATED without further action by the Court.

IT IS SO ORDERED.

Dated this 24th day of October, 2018.

_____
ROBERT C. JONES
United States District Judge