DAYLE ELIESON
United States Attorney
District of Nevada
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336
robert.knief@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00280-RCJ-PAL |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| REGINALD ASUNCION, et al., | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Robert Knief, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 13th day of November, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

*/s/ Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served counsel for Defendant's with the foregoing by means of electronic filing.

Dated this 13th day of November, 2018

                                        */s/ Robert Knief*
                                        ROBERT KNIEF
                                        Assistant United States Attorney