NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6317 / Fax: 702.388.6418
jim.fang@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00280-RCJ-DJA |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| EDWARD MARCOS MELENDEZ et al, | |
| Defendants. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that JIM W. FANG, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Respectfully submitted this 21st day of August, 2020.

                                                  NICHOLAS A. TRUTANICH
                                                United States Attorney

                                                *s/ Jim W. Fang*
                                                JIM W. FANG
                                                Assistant United States Attorney